

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00727-CV

**IN RE** Bobby Jim **RAMIREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  November 23, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On November 3, 2016, Relator filed a petition for writ of mandamus.  The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-14761, styled *Kathryn Edwards and Lloyd Tate v. Bobby Jim Ramirez*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.